**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
FELIPE GONZALEZ-MUNOZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \***

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: CR-F-97-5114 OWW** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION & ORDER** |
| **FELIPE GONZALES-MUNOZ,** | **DATE: February 7, 2006**<br>**TIME: 1:30 p.m.**<br>**DEPT: Hon. ANTHONY ISHII** |
| **Defendant.** | |

   **IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Continued Evidentiary hearing currently scheduled for February 7, 2006, at 1:30 p.m., be continued to February 22, 2006, at 1:30 p.m.

   This continuance is requested by counsel for Defendant GONZALES, due to the fact that said counsel is unavailable on the date previously chosen. Counsel agreed to the February 7, 2006, hearing date in court. Unfortunately, counsel did not have his calendar in court when he agreed to the date. Counsel is scheduled to be in San Diego, California, for a Deposition on said date.

///

///

Counsel for Defendant has e-mailed the Assistant U.S. Attorney, Karen Escobar, who has no objection to this continuance.

DATED: January 26, 2006.

                        NUTTALL & COLEMAN

                        /S/ MARK W. COLEMAN

By: _____
    MARK W. COLEMAN
    Attorneys for Defendant

DATED: January 26, 2006.

                        /S/ KAREN ESCOBAR

By: _____
    KAREN ESCOBAR
    Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: __Jan. 27_, 2006.

                        /s/ OLIVER W. WANGER
                        _____
                        OLIVER W. WANGER
                        Judge, U. S. District Court